## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SPUME.IO LTD,

        Plaintiff                              CASE NO. 9:22-cv-81534

    v.

ATLANTIC INTERNATIONAL CAPITAL
LLC, D/B/A AIC DIGITAL ASSETS
GROUP,

        Defendant.

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Spume.IO LTD ("Spume"), submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and states that there is no parent corporation or publicly held corporation owning 10% or more of Spume's stock.

Dated: October 25, 2022

                                                    K&L GATES LLP

                                                    By: */s/ Jonathan B. Morton*
                                                    Jonathan B. Morton
                                                    Florida Bar No. 956872
                                                    jonathan.morton@klgates.com
                                                    Southeast Financial Center
                                                    200 South Biscayne Boulevard, Suite 3900
                                                    Miami, Florida 33131
                                                    Telephone: (305) 539-3300
                                                    Facsimile: (305) 358- 7095

                                                    Victoria Oguntoye
                                                    Florida Bar No. 114114
                                                    victoria.oguntoye@klgates.com
                                                    1717 Main Street, Suite 2800
                                                    Dallas, Texas 75201
                                                    Telephone: (214) 939-5500
                                                    Facsimile: (214) 939-5849

                                                    *Attorneys for Plaintiff, Spume.IO LTD*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF on this 25th day of October, 2022, and served upon all counsel of record.

*/s/ Jonathan B. Morton*
Jonathan B. Morton
