# EXHIBIT A

**Beauregard Moody** September 17

The contractors that have refunded me their commission from the fraudulent deal that you all took the lion share of you mean? What do my "advisors" have to do with the fact that you, Freddie, and JS were abundantly deceptive, fraudulent, and plain dishonest? You can't even take accountability for the messages and promises that YOU made. As recorded in our last video call, your services are outside the realm of Richard's and JS's, yet not only you but JS and Richard also have delivered nothing that was promised nor have made any effort to do so.

No-one from your group will be used as a "scapegoat," but everyone who was involved in this scam will answer to their part; that's my promise. I have offered more than genorous terms to make it easy on you all to do what is right. All offers/settlements/paths to retribution are officially retracted. I'm coming for it all plus a lot more. And don't worry, each and every one of you involved will be picking up my calls very shortly - Monday to be exact.

Here's what has been prepared and/or filed as of today, take this as a legal notice per your states and federally. Also, let me know if you guys want any addresses/phone numbers/emails updated. It will make it a little easier and probably save you guys some money on attorney fees. Oh, and also, let Richard know to check his mailbox this week. I had an additional letter from attorney sent to him as gift. Get ready boys and beef those legal budgets up, we're about to have some fun, as promised 🙂

1. Exposé on each individual and company involved with performing wrongdoing against Spume in terms of over promising, breaking contract, and stealing funds for services that were never rendered. This will include dates, screenshots, recorded google meet videos, and



screenshots, reco September 17 meet videos, and most importantly, which parties received which amounts of money so that our community can go ask them for it. Names, emails, phone numbers, telegram handles, photos, tx hashes (provided by Binance's fraud team) and addresses will be included for all persons and entities involved.

2. Each individual will be sued personally for compensatory and punitive damages based on fraud, deceit, and misrepresentation, on the ground of both breaking NDAs (TGA publicly announcing advisory, amongst other things) and not fulfilling essentially any of the promised deliverables, in Federal Court by Spume.io LTD, represented by Markowitz Herbold.

3. Each individual and each entity will be sued for wire fraud in Federal court in the state of Florida, California or New York, respectively. The complaints and suits will be done by another institution (not Spume)

4. Formal FBI fraud reports will be filed for each individual today by and with the expertise of both Wilner-Nugent Law Offices (former federal prosecutor) and the internal council of the largest Crypto VCs in the United States (very experienced with Cryptocurrency fraud FBI filings)

5. The exposé will be released on coin-desk and coin telegraph as well as other publications. The people who referenced and vouched for these malicious individuals will also be mentioned so everyone knows that Spume did as much due diligence as possible. This exposé will not be defamatory, just purely objective and factual.

6. We will not let our work and project continue to be the blunt end of these individual's acts. Since opportunities for refunds and compensation were given and denied multiple