# EXHIBIT C

◀ Search

  

**SPUME** ✓
15,830 members, 972 online

**Pinned Message #86**
Hey everyone, There seems to be some fake inf...

Hey everyone,

There seems to be some fake information and documents floating around regarding a VC. We're not going to spend to much time addressing this frivolous, malicious behavior, considering the evil motivations of the fake information, but we wanted to put a message here to let everyone know that this situation has been addressed between Spume and the VC exhaustively and there is nothing to worry about.

We're happy to address anything that you guys see or hear so please feel free to reach out to a team member. We're always here, working on Spume every day, and have nothing to hide.

The main point of the message is that there's basically a group that stole money from Spume and will say and do anything to make us seem like the bad guys. They're going to try to spread any false



**Apply to Join Group**

 11:43

◀ Search

 323  **SPUME** ✓
15,830 members, 972 online


📌 **Pinned Message #86**
Hey everyone, There seems to be some fake inf...

September 22

The main point of the message is that there's basically a group that stole money from Spume and will say and do anything to make us seem like the bad guys. They're going to try to spread any false information and fud that they possibly can to try to dilute our reputation before we go public with the their scam and their information. This group of people and fraudulent companies are being sued and the proper authorities and legal institutions have already been notified. We try our best to avoid negativity like this but as we all know, it can sometimes be very hard to find integral people in crypto, unfortunately.

We're sorry to have to spend time on any of this stuff that takes the focus off of Spume and what we're building but we thought it was necessary to do so in order to set the record straight. We want to make that sure everyone knows that we're trying extremely hard to do



**Apply to Join Group**

  

◀ Search

**SPUME** ✓
15,830 members, 972 online

📌 **Pinned Message #86**
Hey everyone, There seems to be some fake inf...

hard to find ~~September 22~~ ple in crypto, unfortunately.

We're sorry to have to spend time on any of this stuff that takes the focus off of Spume and what we're building but we thought it was necessary to do so in order to set the record straight. We want to make that sure everyone knows that we're trying extremely hard to do the right thing and work as hard as humanly possible to make this project a success and have been since day one. We make the best decisions we can and do as much due diligence as possible on vendors but sometimes people still want to try to take advantage.

No-one gets away with anything. Everyone eventually has to take a seat at the concert of consequences. Every single person that has caused pain or stole from our project will have to answer for their wrongdoings. In by no means are we perfect, but we always are



**Apply to Join Group**





◀ Search

**323**

**SPUME** ✓
15,830 members, 972 online

**Pinned Message #86**
Hey everyone, There seems to be some fake inf...

want to try ~~our new vintage~~.    *September 22*

No-one gets away with anything. Everyone eventually has to take a seat at the concert of consequences. Every single person that has caused pain or stole from our project will have to answer for their wrongdoings. In by no means are we perfect, but we always are here to address and fix any missteps that we as a team make.

These people will answer very shortly and we look forward to bringing light on the situation publicly. No-one will hurt this project that we've devoted a year of our lives to without consequences; that is my promise. We answer to you all with our mistakes. These people will answer to all of us for their intentional wrongdoings.

Regardless, we're sorry that these cases of fraud and wrongdoing sometimes fall back on you all. You have trusted and continue to trust



**Apply to Join Group**

◀ Search

 **SPUME** ☑
15,830 members, 972 online 

📌 **Pinned Message #86**
Hey everyone, There seems to be some fake inf...

September 22

Regardless, we're sorry that these cases of fraud and wrongdoing sometimes fall back on you all. You have trusted and continue to trust us to bring Spume to its full potential and that's what we're going to do. A lot of companies and projects (especially in this space) have road-bumps and delays but everyone here is betting on a team that doesn't give up.

On a positive note, we are currently in final negotiations with multiple investment groups. We can't release details just yet but the capital and exposure that will be brought to the project will be game-changing for what we're building and what we're about to release.

We're trying everyday to honor you all and ourselves. We want to make everyone here proud that they were a part of Spume during its infancy.

 We view all of these slight hiccups as stepping stones. They're just a

**Apply to Join Group**

