# EXHIBIT D

# Uncover Crypto Fraud on Spume.IO vs. Atlantic International Capital LLC

NEWS

October 6, 2022

 By **The National Era Staff**



We just transitioned into the last quarter of the year, but billions of dollars have already gone down the drain in cryptocurrency. While many schemes and scams are worth mentioning, there's a recent case of fraud and breach of contract filed from Spume.IO vs. Atlantic International Capital LLC that needs your attention.

In a lawsuit filed in October, the telltale breach of contract and fraud came about, alerting the community of yet another cryptocurrency disaster.

It started when Spume, a company offering various blockchain services, including a Token product, approached AIC to access a "safe, secure, regulated platform to sell its digital assets" in June. As such, they signed an "Advisory Agreement" with AIC to start the partnership. According to sources, this agreement provides that AIC would perform several important services for Spume in exchange for $1.45 million in payments, which Spume promptly delivered upon execution of the agreement.

While the agreement and discussion were clear at first, everything started becoming suspicious after payments had been received. According to a source, "AIC failed to perform its most critical promises, and there are strong indications that the entire operation was a fraud from the outset."

Spume set their eyes on gaining access to Deltec and Delchain banking services. After all, any digital product will be viewed as a legitimate offering worthy of inclusion in tier-one cryptocurrency exchanges. While AIC provided Spume with some Deltec and Delchain intake paperwork, which Spume promptly and accurately completed. But the process never moved forward. AIC claims that it "encountered delays due to the application that Spume completed" and refers to circumstances "that AIC had no control over." They added that "AIC's hollow and meritless posturing is irrelevant; it promised a very important service in exchange for a very high fee, and it unquestionably failed to deliver the promised results."

Spume also noted even more promises, but none of it happened. What made the entire transaction even more suspicious is how AIC allegedly does not communicate with clients over chat rooms such as Telegram, but Spume has all the documentation on Telegram. It states that "the agreement was negotiated via Telegram, payment requests were made via Telegram, payment confirmations were sent via Telegram, and so on. AIC has an almost non-existent paper trail with Spume except via Telegram."

Spume was alerted due to fraudulent exchanges even after paying huge fees upfront. Spume wanted to highlight how the scam goes and why this is "some of the biggest red flags they've seen" AIC requires banks at Deltec for special pricing with exchanges sold by AIC representatives. They then cap listing fees per exchange and fast-track listing. They will guarantee they paid off listing agents behind closed doors and demand a huge upfront fee but then follows through with nothing and then, later on, threatens and blackmails the project.

After Spume filed the lawsuit, more and more people stepped forward, saying they've been scammed and have experienced the same where promises are not delivered with thousands of dollars spent. One of the major lawsuits that happened involved Grove, XDB, and now Spume.

Spume wants everyone to be aware of the AIC and their [website](). The people and entities involved consists of Token Advisory called TAG LLC owned and managed by a known felon, Freddie Grippo @TheGripp, AIC CEO Richard Iamunno @RichardAtlantic, AIC Representative Joey Hickson @joey_eth, @joey, @IGFamez, AIC Salesman, Jonny Haha @Jonnydubai, Paige Iamunno @paigemorgan21, and Riz @rizzyrizzzz.

This deliberate fraud practice from AIC only proves that while cryptocurrency has been raking in billions in the past year, there's still lots of work to do in terms of security in the space. While Spume had caught the attention of the community, it immediately became a lesson learned for many others. Nevertheless, Spume and the team behind have impressive achievements, including their marketplace launch, consistent community engagement, and relatively exciting plans and continued development. Today, Spume continues to power through the AIC debacle and continue building the platform, but not until the record is straight with this situation and the faith in them is restored.