**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Spume.IO LTD, <br><br> Plaintiff <br><br> v. <br><br> Atlantic International Capital LLC, d/b/a AIC Digital Assets Group, <br><br> Defendant. | CASE NO. 9:22-cv-81534 |

**JOINT MOTION FOR ENTRY OF ORDER ESTABLISHING THE PROTOCOL FOR THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

Plaintiff and Defendant, through undersigned counsel, hereby jointly move for entry of the attached Order Establishing the Protocol for the Production of Electronically Stored Information ("ESI Protocol"), which is attached as Exhibit A. The proposed ESI Protocol memorializes the parties' agreement as to uniform procedures for the production of electronic discovery materials in an effort to promote an efficient, less burdensome process in accordance with the standards set forth in Federal Rule of Civil Procedure 26.

WHEREFORE, Plaintiff and Defendant respectfully and jointly submit this Joint Motion for Entry of Order Establishing the Protocol for the Production of Electronically Stored Information for entry by the Court in this Case.

Dated: January 23, 2023

Respectfully submitted,

| K&L GATES LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: */s/ Victoria Oguntoye* | By: */s/ Matthew E. Brown* |
| Jonathan B. Morton, Bar No. 956872<br>Jonathan.Morton@klgates.com<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358- 7095 | Daniel S. Newman, Bar No. 962767<br>dan.newman@nelsonmullins.com<br>2 South Biscayne Boulevard, 21st Floor<br>Miami, Florida 33131<br>Telephone: (305) 373-9400<br>Facsimile: (305) 373-9443 |
| Victoria Oguntoye<br>Florida Bar No. 114114<br>victoria.oguntoye@klgates.com<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 939-5500 | Matthew Lindenbaum<br>matthew.lindenbaum@nelsonmullins.com<br>Matthew E. Brown<br>matt.brown@nelsonmullins.com<br>One Financial Center, Suite 3500<br>Boston, MA 02111<br>Telephone: (617) 217-4619 |
| Attorneys for Plaintiff<br>**Spume.io Ltd** | Attorneys for Defendant<br>**Atlantic International Capital LLC** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via ECF on this 23rd day of January, 2023, and served upon all counsel of record.

By: */s/ Jonathan B. Morton*
      Jonathan B. Morton